IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FREDDIE CAMACHO,

    Petitioner,                                   JUDGMENT IN A CIVIL CASE

v.                                          Case No. 15-cv-388-jdp

L.C. WARD,

    Respondent.

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying Freddie Camacho's petition for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case.

    /s/                                                          9/12/2016

Peter Oppeneer, Clerk of Court                          Date