UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

(Madison Divison)

DOC NO
REC'D/FILED
2016 SEP 23 AM 10: 40
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

| | | |
|---|---|---|
| FREDDIE CAMACHO, | § | |
| Petitioner, | § | |
| V. | § | CIVIL ACTION NUMBER |
| UNITED STATES OF | § | 15-cv-388-jdp |
| AMERICA, | § | |
| Respondent. | § | |

NOTICE OF APPEAL

Notice is hereby given that Freddie Camacho, Petitioner in the above named case hereby Appeals to the United States Court of Appeals for the Seventh Circuit from the Order Denying Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 that he raised under BURRAGE v. UNITED STATES, 571 U.S. __, 134 S.Ct. 881, 187 L.Ed.2d 715 (2014). The Order was entered on September 12, 2016, and Petitioner received notice of such Order on September 19, 2016.

Respectfully submitted,

*[signature]*

Freddie Camacho (PRO SE)

Reg. No. 81939-080

U.S. Penitentiary

P.O. BOX 1000

LEAVENWORTH, KS 66048

---

CERTIFICATE OF SERVICE

---

I, Freddie Camacho, hereby certify that I have forwarded a true and correct copy of the foregoing instrument by the method indicated to all counsel of record listed below on the 20th day of September, 2016.

(U.S. FIRST CLASS MAIL)

LESLIE K. HERJE

ASST. U.S. ATTORNEY

WESTERN DISTRICT OF WISCONSIN

222 WEST WASHINGTON AVENUE, SUITE 700

MADISON, WI 53703

*/s/ Freddie Camacho*

Freddie Camacho